# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Celestino Orta__

2. Related Magistrate Docket Number(s)    __M 07- 823__

   None ( )

3. Arrest Date: __July 19, 2007__

4. Nature of offense(s):  x   Felony
                          ☐   Misdemeanor

   **FILED**
   IN CLERK'S OFFICE
   U.S DISTRICT COURT E.D.N.Y
   ★  JAN 24 2008  ★
   BROOKLYN OFFICE

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   ( x )
                                More than 6 weeks   (   )

7. County in which crime was allegedly committed: __Brooklyn__
   _(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?              ( ) Yes  (X) No

9. Have arrest warrants been ordered?                    ( ) Yes  (X) No

10. Is a capital count included in the indictment?       ( ) Yes  (X) No

                                    BENTON J. CAMPBELL
                                    UNITED STATES ATTORNEY

                          By:       _[signature]_
                                    Daniel D. Brownell
                                    Assistant U.S. Attorney
                                    (718) 254-6392

                                                    08cr49
                                                    JBW
                                                    VVP

Rev. 10/01/03