UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW YORK
EASTERN

---

United States of America,

Vs.

Celestino Orta

**NOTICE OF APPEAL**

CR-08-49 (JBW)
Docket No.

Notice is hereby given that **Celestino Orta** (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (describe it) Made by Judge Weinstein of 36 Months

entered in this action on the 13 day of November 2009.


RECEIVED NOV 19 2009 PRO SE OFFICE

Robert M. Beecher
Signature

110 Wall Street, Eleventh Fl
Address

New York, N.Y. 10005

Tel. No. (212) 209-8367

DATE: 11/16/09

**Note:** You may use this form to take an appeal provided that it arrives in the office of the Clerk of the District Court within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

Form 1-CA/SNY-8/87